# EXHIBIT "B"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
TRUSTEES OF SHEET METAL WORKERS　　　　　　NOTICE TO TAKE
INTERNATIONAL ASSOCIATION-LOCAL NO. 38,　　DEPOSITION UPON ORAL
VACATION FUND, SHEET METAL WORKERS　　　　EXAMINATION
INTERNATIONAL ASSOCIATION LOCAL NO. 38
INSURANCE AND WELFARE FUND, SHEET　　　　　Docket No.: 09-cv-5088(KK)
METAL WORKERS INTERNATIONAL
ASSOCIATION LOCAL NO. 38 PROFIT SHARING　　Assigned to:
PLAN, SHEET METAL WORKERS LOCAL 38　　　　Hon. Kenneth M. Karas
LABOR MANAGEMENT COMMITTEE AND
TRUST, SHEET METAL WORKERS LOCAL 38
CRAFT TRAINING FUND, SHEET METAL
WORKERS NATIONAL PENSION FUND, SHEET
METAL WORKERS LOCAL 38 CRAFT TRAINING
BUILDING FUND, TRUST FUNDS established and
administered pursuant to federal law,

　　　　　　　　　Plaintiffs,

　　-against-

LAWRENCE P. HOPWOOD, MARTIN M. HOPWOOD,
and RICHARD J. HOPWOOD, individually,

　　　　　　　　　Defendants.
------------------------------------------------------------------ X

　　**PLEASE TAKE NOTICE**, that pursuant to Federal Rules of Civil Procedure, the defendants, **MARTIN M. HOPWOOD, JR. and RICHARD J. HOPWOOD,** will take the testimony of all adverse parties before a Notary Public as to all relevant facts and circumstances in connection with the cause of action and allegations herein including liability and damages, on the **27th day of October, 2010** at 10:00 in the forenoon of that day at the law offices of **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.,** 530 Saw Mill River Road, Elmsford, New York 10523.

　　**PLEASE TAKE FURTHER NOTICE**, that pursuant to the Federal Rules of Civil Procedure, the parties to be deposed are directed to produce at this examination, for the purpose of refreshing their recollections and for examinations, inspection and copying, all records, books,

photographs, documents, correspondence and other writings and papers in their possession or available to them, which relate to the matters herein on which the parties are to be examined under this notice.

Dated: Elmsford, New York
       August 25, 2010

By: _____
John J. Hopwood (JH/4444)

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendants
**MARTIN M. HOPWOOD, JR. and RICHARD J. HOPWOOD**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701
File No.: 800.76035

TO:

David J. Selwocki (DS1018)
**SULLIVAN, WARD, ASHER & PATTON, P.C.**
Attorneys for Plaintiffs
25800 Northwestern Highway
Suite 1000
Southfield, MI 48075
(248) 746-0700

**LAWRENCE HOPWOOD**
Pro Se Defendant
47 Sturgis Road
Bronxville, New York 10708

{NY093592.1}

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that, on August 26, 2010, a true and correct copy of the foregoing **NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION**, was served by Overnight Mail, upon the following:

David J. Selwocki (DS1018)
**SULLIVAN, WARD, ASHER & PATTON, P.C.**
Attorneys for Plaintiffs
25800 Northwestern Highway
Suite 1000
Southfield, MI 48075
(248) 746-0700

**LAWRENCE P. HOPWOOD**
Pro Se Defendant
47 Sturgis Road
Bronxville, New York 10708

John J. Hopwood (JH/4444)

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendants
**MARTIN M. HOPWOOD, JR. and RICHARD J. HOPWOOD**
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701

| Index No. | 09 CV 5088 | Year | RJI No. | Hon. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF SHEET METAL WORKERS INTERNATIONAL ASSOCIATION-LOCAL NO. 38, VACATION FUND, SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL NO. 38 INSURANCE AND WELFARE FUND, SHEET METAL WORKERS INTERNATIONAL ASSOCIATION LOCAL NO. 38 PROFIT SHARING PLAN, SHEET METAL WORKERS LOCAL 38 LABOR MANAGEMENT COMMITTEE AND TRUST, SHEET METAL WORKERS LOCAL 38 CRAFT TRAINING FUND, SHEET METAL WORKERS NATIONAL PENSION FUND, SHEET METAL WORKERS LOCAL 38 CRAFT TRAINING BUILDING FUND, TRUST FUNDS established and administered pursuant to federal law,

      Plaintiffs,

 -against-

LAWRENCE P. HOPWOOD, MARTIN M. HOPWOOD, JR. and RICHARD J. HOPWOOD, individually,

      Defendants.

---

### NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

---

**MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
Attorneys for Defendants
**MARTIN M. HOPWOOD, JR. and RICHARD J. HOPWOOD**
Office and Post Office Address, Telephone
530 Saw Mill River Road
Elmsford, New York 10523
(914) 345-3701

---

To               Signature (Rule 130-1.1-a)

                   **Print name beneath**

Attorney(s) for

---

Service of a copy of the within        **is hereby admitted.**

Dated,

                 **Attorneys for:**

---

**Please take notice**
☐ **NOTICE OF ENTRY**
that the within is a (certified) true copy of a
duly entered in the office of the clerk of the within named court on
☐ **NOTICE OF SETTLEMENT**
that an order        of which the within is a true copy will be presented for
settlement to the HON.             one of the judges
of the within named court, at
on           at      M

Dated,

             Yours, etc.
    **MARKS, O'NEILL, O'BRIEN & COURTNEY, P.C.**
        Office and Post Office Address
        530 Saw Mill River Road
        Elmsford, New York 10523
        (914) 345-3701